No. P68/489.—Kwan Yuen Co. *v.* United States, protest 67/24838 (Los Angeles).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rattancore hanging trays the same in all material respects as the rattancore coolie hat planters, modern shaped trays, serving trays, snack trays, and hanging planters the subject of *Royal Cathay Trading Co. et al.* v. *United States* (56 Cust. Ct. 371, C.D. 2662), the claim of the plaintiff was sustained.

No. P68/490.—Bailey Mora Company, Inc., et al. *v.* United States, protests 58/4234–S, etc. (El Paso).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of finger jointed moldings similar in all material respects to those the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiffs was sustained.

No. P68/491.—Standard Brands Paint Co., Inc., et al. *v.* United States, protests 67/8136, etc. (Los Angeles).

NEWMAN, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020) and that the items of merchandise marked "B" covered by the foregoing protests consists of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiffs was sustained.